IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMONT BAILEY, | No. 4:25-CV-00697 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA PAROLE BOARD, | |
| Respondent. | |

# ORDER

**AND NOW**, this 18th day of December 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Raymont Bailey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **GRANTED**.

2. The March 16, 2023 decision of the Pennsylvania Parole Board (Doc. 9-8) is **VACATED** in part as more fully explained in the accompanying Memorandum.

3. Within **10 (ten) days** of the date of this Order, the Pennsylvania Parole Board shall issue a corrected or revised adjudication that adjusts its March 16, 2023 recommitment calculations by reinstating the 569 days of street time credit previously awarded to Bailey as a TPV that the Board improperly refused to award to Bailey in its March 16, 2023 decision.

4. Respondent shall promptly notify the Court following execution of this Order by docketing a revised or amended "Notice of Board Decision" issued in Bailey's case.

2

5. Following confirmation of the execution of today's Order, the Court will close this case.

                                                BY THE COURT:

                                                *s/ Matthew W. Brann*
                                                Matthew W. Brann
                                                Chief United States District Judge